## THOMPSON *v.* KROWDER.

APPEAL from the *Clinton* Circuit Court.

*Per Curiam.*—This case is before us on the evidence, which tends to sustain the finding and judgment.

The judgment below is affirmed, with costs and 1 per cent. damages.

*James N. Sims*, for the appellant.